IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
IN ADMIRALTY

| | |
|---|---|
| SHM OUTER BANKS, LLC D/B/A SAFE HARBOR OUTER BANKS,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOR VESSEL BUGGY WASHER, Official Number 1105730, her engines, bowspirit, anchor, cables, chains, sails rigging, tackle, apparel, furniture and all accessories hereunto appertaining and belonging to her, *in rem*, BUGGY WASHER 2, LLC and BRENT MOORE, *in personam*,<br><br>Defendants. | Civil Action No.: 2:23-cv-00021-BO<br><br>**ORDER DESIGNATING NEWSPAPER OF GENERAL CIRCULATION** |

Upon motion of Plaintiff, SHM Outer Banks, LLC, it is hereby:

**ORDERED** that Plaintiff is required to publish notice of this action and the arrest and attachment of M/V BUGGY WASHER (United States Coast Guard Official Number 1105730) in News and Observer for three (3) successive days and that this notice shall identify the action and arrest and shall specify that all interested parties shall file claims within ten (10) days after publication and answers within twenty (20) days after any claims of ownership of M/V BUGGY WASHER are filed.

_____
Terrence W. Boyle
UNITED STATES DISTRICT JUDGE

April 21, 2023
Elig City, North Carolina.

IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NC
NORTHERN DISTRICT IN ADMIRALTY

**SHM OUTER BANKS, LLC D/B/A SAFE HARBOR OUTER BANKS vs. MOTOR VESSEL BUGGY WASHER, Official Number 1105730, her engines, bowspirit, anchor, cables, chains, rigging, tackle, apparel, sails, furniture and all accessories hereunto appertaining and belonging to her,** *in rem*, **BUGGY WASHER 2, LLC and BRENT MOORE,** *in personam*, **Civil Action: 2:23-cv-00021-BO**

Notice is hereby given on _____, 2023, the U.S. Marshal arrested and attached M/V BUGGY WASHER (United States Coast Guard Official Number 1105730), her engines, tackle, equipment, furniture, appurtenances, etc, in Wanchese, NC pursuant to a Court Order and a warrant of arrest and attachment issued by the Clerk of Court upon the filing of a Verified Complaint. Any person having or claiming an interest in or to said property must file a claim within 10 days after the date of publication of this notice and must file an answer to the complaint herein within 21 days thereafter.

_____, Attorney for Plaintiff